IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

INTERNATIONAL FIDELITY
INSURANCE COMPANY,

Case No. 2:07-cv-00235

    Plaintiff,

v.

GREGORY J. PODLUCKY and
KARLA S. PODLUCKY,

    Defendants.

## ORDER OF COURT

AND NOW, this 3rd day of April, 2007, upon consideration of the foregoing, it is hereby Ordered, Adjudged and Decreed that the Defendants' Motion to Strike Clerk's Entry of Default entered March 26, 2007 be, and hereby is, GRANTED.

BY THE COURT:

_____
The Honorable Gary Lancaster