IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTERNATIONAL FIDELITY INSURANCE COMPANY,<br>    Plaintiff,<br><br>   v.<br><br>GREGORY J. PODLUCKY, ET UX.,<br>    Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 07-235<br>)<br>)<br>) |

## ORDER

AND NOW, this 29th day of October, 2007, upon consideration of plaintiff's Motion to Compel Discovery and the defendant's response thereto, IT IS HEREBY ORDERED that the motion is GRANTED and the defendants shall respond to plaintiff's discovery requests within 14 days of the date of this order.

BY THE COURT:

_____, J.

cc:   All Counsel of Record