IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

INTERNATIONAL FIDELITY
INSURANCE COMPANY,                          Case No. 2:07-cv-00235

        Plaintiff,                          Doc. No.

      v.                                  Related to Doc. No. 32 & 34

GREGORY J. PODLUCKY and
KARLA S. PODLUCKY,

        Defendants.

## STIPULATED CONSENT ORDER EXTENDING TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT

      AND NOW, it appearing that the parties are engaged in substantive settlement negotiations, and the parties being in agreement that additional time is needed to allow the parties to complete their negotiations, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff will respond to the Defendants' settlement proposal on or before February 20, 2008. If said response is in the negative, the Defendants shall have until March 3, 2008 to file their response to the Plaintiff's Motion for Summary Judgment.

CONSENTED AND AGREED TO:

/s/ Jack W. Plowman                         /s/ Robert O Lampl
Jack W. Plowman                             Robert O Lampl
Pa. I.D. #00916                             Pa. I.D. #19809
Bentz Law Firm, P.C.                        960 Penn Avenue
The Washington Center Building              Suite 960
680 Washington Road, Suite 200              Pittsburgh, PA 15222
Pittsburgh, PA 15228                        (412) 392-0330
(412) 563-4500


                                      The Honorable Gary L. Lancaster

                                 DATED: 2-15-08

1