IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTERNATIONAL FIDELITY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> GREGORY J. PODLUCKY, and KARLA S. PODLUCKY <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 2:07-CV-235 |

## AMENDED ORDER

AND NOW, to wit, this 6th day of June, 2008, upon consideration of Plaintiff's Motion for Amended Order, it appearing to the Court that plaintiff has incurred and paid counsel fees is enforcing the terms of the General Indemnity Agreement in the amount of $38,142.29; and

It further appearing to the Court that plaintiff should be awarded interest on the amounts paid by it as surety, in the amount of $11,138.76.

NOW, THEREFORE, the Order entered in this matter is amended so as to be increased by the sum of $54,127.19, so as to include counsel fees and interest, for a total judgment of $303,931.71.

BY THE COURT:

_____
Hon. Gary L. Lancaster
United States District Judge

5