IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| INTERNATIONAL FIDELITY | ) | |
|---|---|---|
| INSURANCE COMPANY, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-235 |
| | ) | |
| GREGORY J. PODLUCKY, ET UX., | ) | |
|     Defendants. | ) | |

## ORDER OF COURT

AND NOW this 17th day of February, 2009, IT IS HEREBY ORDERED that the order of court dated June 6, 2008, granting Plaintiff's Motion for Amended Order [document #51], is amended to reflect that plaintiff incurred and paid counsel fees in enforcing the terms of the General Indemnity Agreement in the amount of $42,988.43. In all other aspects, the Court's order shall remain in full force and effect.

BY THE COURT:

_____, J.
Gary L. Lancaster,
United States District Judge

cc: All Counsel of Record